# Crypto.com Listing Agreement

Party A: CRYPTO.COM

Party B: GLOW TOKEN LLC

This agreement is entered by the company Crypto.com Pte. LTD

register code 201728906M with registered address: 1 Raffles Quay North Tower Singapore 048583 Exchange Singapore 608526 (hereinafter - the "Crypto.com" ) and GLOW TOKEN LLC (GLOW)

WHEREAS the Parties agree as follows:

The Crypto.com trading platform agreed to list **GlowToken(flare)**

on **Crypto.com** cryptocurrency exchange

The PROJECT understand and agree to comply with all laws,

**Crypto.com** and policies applicable to the Crypto.com trading platform. The information in this agreement is confidential.

## TOKEN INFORMATION:

| Ticker | **GlowToken(flare)** |
|---|---|
| Token owner | **GLOW TOKEN LLC** |
| CEO | Bryan Lawrence |
| Package | **Platinium Listing** |

1. Listing Time

    1) Deposit: 6:00AM, April 01th , 2023 (UTC)
    2) Trading: 10:00AM, April 01th , 2023 (UTC)

   3) Withdraw: 10:00AM, Apr 01th , 2023 (UTC)

   4) Trading Pairs: **GlowToken(flare)/USDT - GlowToken(flare)/ETH**

2. **First Security Deposit: 100,000 USDT**

   0xb3673B5bC954fecB740f63aBcC55d911C863d06b

3. **Second Security Deposit: 100,000 USDT**

   0xD1175F29ae5bA4E59e6c7Cc9a45832adE7b2D327

   Crypto.com provides one-stop listing service, including transaction, marketing, promotion, activity, market making support and others.

   The security deposit is refunded back to the project at the end of the first month of listing.

4. **Removal Policy**

In order to protect the benefits of Crypto.com, we reserve the right to keep or remove any coins from our exchange and notify the delisting via announcement, if project teams trigger the following conditions - including but not limited to:
- Dissolution of project team.
- Due to the strategic adjustment and development needs, the project team takes the initiative to apply for delisting.
- Project teams are suspected of operating the market, or project team faces major legal issues.
- The progress of the project is seriously inconsistent with the plan.
- Serious technical or security problems of the project have not been solved in time.
- The project side changes the key information such as the white paper, contract privately, causing serious consequences.
- There are other major risks in the projects, such as theft of coins by hackers, concealment of additional issuance and so on, which are sufficient to make the projects have risk events.
- Increasing the total available supply of the token or splitting the token without notifying users and the exchange.

**Crypto.com** will issue a delisting announcement for projects that trigger the delisting condition 7 days in advance and remind again before Token deposit、withdrawal and trading are not available. Within 30 days from the date of announcement, users shall transfer the crypto-currencies to their personal digital asset wallets or other trading platform accounts.

5.  **Confidentiality Clause**

Both Crypto.com and Team GLOW shall keep the contents of this agreement strictly confidential and shall not provide or disclose to any third party other than this agreement directly or indirectly without the written consent of one party. Under any circumstances, the confidentiality obligation specified in this article is perpetual and effective. If one party violates this clause, the other party has the right to terminate the contract unilaterally, deduct all the deposit and ask to compensate all direct or indirect losses.

Party A: **Crypto.com**
Date: Feb 23th , 2023
President: ERIC ANZIANI

Party B:  **GLOW**
Date: Feb 23th , 2023
CEO:

# Crypto.com Listing Agreement-UPGRADE

Party A: CRYPTO.COM

Party B: GLOW TOKEN LLC

This agreement is entered by the company Crypto.com Pte. LTD

register code  201728906M with registered address: 1 Raffles Quay North Tower Singapore 048583 Exchange Singapore 608526 (hereinafter - the "Crypto.com" ) and  GLOW TOKEN LLC (GLOW)

WHEREAS the Parties agree as follows:

The Crypto.com trading platform  has previously agreed to list **GlowToken(flare)**

on **Crypto.com** cryptocurrency exchange as per the terms outlined in the previous agreement.

The PROJECT understand and agree to comply with all laws, **Crypto.com** policies,and any additional terms or conditions applicable to the **Crypto.com** trading platform.

The Parties now agree to upgrade the listing of GlowToken(Flare) to include an additional trading pair, BNB/GlowToken(Flare).

The information in this agreement is confidential.

## TOKEN INFORMATION:

| Ticker | **GlowToken(flare)** |
|---|---|
| Token owner | **GLOW TOKEN LLC** |
| CEO | Bryan Lawrence |
| Package | **Premium Listing** |

1. Listing Time

    1) Deposit: 6:00AM, April 01th , 2023 (UTC)
    2) Trading: 10:00AM, April 01th , 2023 (UTC)

   3)   Withdraw: 10:00AM, Apr 01th , 2023 (UTC)

   4)   Trading Pairs: **GlowToken(flare)/USDT - GlowToken(flare)/ETH - GlowToken(flare)/BNB**

2. **Security Deposit: 50,000 USDT: 0x04c0e3655E3F7aD3284B91b7bBBDA996B690E379**

3. **Announcement Date : 10:00AM, March 15th, 2023 (UTC)**

    Upon completion of the security deposit, **Crypto.com** agrees to make an announcement about the listing of **GlowToken(Flare)** on its official social media accounts after the payment is confirmed and the transaction is sent to the Listing Manager. The announcement will include information about the trading pairs and any other relevant information deemed appropriate by **Crypto.com**. The announcement will be posted on **Crypto.com**'s official Twitter, Facebook and other social media channels, and will remain visible for a minimum of 24 hours to ensure maximum visibility to our user base. The announcement will be drafted and approved by Crypto.com's marketing team, and will be subject to any necessary legal or compliance reviews before publication."

4. **Removal Policy**

In order to protect the benefits of Crypto.com, we reserve the right to keep or remove any coins from our exchange and notify the delisting via announcement, if project teams trigger the following conditions - including but not limited to:
- Dissolution of project team.
- Due to the strategic adjustment and development needs, the project team takes the initiative to apply for delisting.
- Project teams are suspected of operating the market, or project team faces major legal issues.
- The progress of the project is seriously inconsistent with the plan.
- Serious technical or security problems of the project have not been solved in time.
- The project side changes the key information such as the white paper, contract privately, causing serious consequences.
- There are other major risks in the projects, such as theft of coins by hackers, concealment of additional issuance and so on, which are sufficient to make the projects have risk events.
- Increasing the total available supply of the token or splitting the token without notifying users and the exchange.

**Crypto.com** will issue a delisting announcement for projects that trigger the delisting condition 7 days in advance and remind again before Token deposit、withdrawal and trading are not available. Within 30 days from the date of announcement, users shall transfer the crypto-currencies to their personal digital asset wallets or other trading platform accounts.

**5. Confidentiality Clause**

Both Crypto.com and Team GLOW shall keep the contents of this agreement strictly confidential and shall not provide or disclose to any third party other than this agreement directly or indirectly without the written consent of one party. Under any circumstances, the confidentiality obligation specified in this article is perpetual and effective. If one party violates this clause, the other party has the right to terminate the contract unilaterally, deduct all the deposit and ask to compensate all direct or indirect losses.

Party A: **Crypto.com**
Date: Mar 13th , 2023
President: ERIC ANZIANI

*[signature]*

Party B: **GLOW**
Date: Mar 13th , 2023
CEO: Bryan Lawrence

*[signature]*