UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 23-23029-CIV-MARTINEZ**

GLOW TOKEN, LLC,

        Plaintiff,

v.

FORIS DAX, INC.,

        Defendant.

_____/

### ORDER OF RECUSAL

The undersigned Judge, to whom the cause was assigned, hereby recuses himself and refers

this matter to the Clerk of Court for permanent reassignment pursuant to 28 U.S.C. § 455.

**DONE AND ORDERED** in Miami, Florida, this ___31 day of August, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record