**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:23-cv-23029-KMM**

GLOW TOKEN, LLC

     *Plaintiff,*

v.

FORIS DAX, INC. d/b/a CRYPTO.COM

     *Defendant.*

                               /

**DEFENDANT'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant Foris DAX, Inc. d/b/a Crypto.com ("Crypto.com"), pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.1(a)(1)(J), respectfully requests that this Court enter an Order granting Crypto.com an extension of 60 days to respond to the Complaint. In support thereof, Crypto.com states:

1.      Crypto.com was served with the Complaint on August 15, 2023.

2.      Pursuant to Fed. R. Civ. P. 12, Crypto.com's response to the Complaint is due on September 5, 2023.

3.      The Parties have agreed to mediate this matter (*see* ECF No. 9), and have jointly requested a stay of this action pending mediation. *See* ECF No. 10. The Court has not yet ruled on the joint motion to stay.

4.      Crypto.com requests an extension of 60 days to respond to the Complaint, extending the deadline until November 6, 2023, to allow time for the Parties to explore potential resolution of this matter through mediation.

5.      Plaintiff Glow Token, LLC does not object to this requested extension.

6.    This request for an extension is not made for purposes of delay and no party will be prejudiced by the requested extension.

For the foregoing reasons, Defendant Crypto.com respectfully requests that this Court enter an Order granting it a 60 day extension of time, through and including November 6, 2023, to respond to the Complaint.

Dated:  September 5, 2023                    Respectfully submitted,

*/s/  Charles Throckmorton*

Charles Throckmorton (FBN 101203)
Email: cthrockmorton@carltonfields.com
Holli Credit (FBN 1039176)
Email: hcredit@carltonfields.com
CARLTON FIELDS, P.A.
700 NW 1st Ave., Suite 1200
Miami, FL, 33136
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055
*Attorneys for Defendant Foris DAX, Inc.*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

I certify that I conferred with counsel for Plaintiff via e-mail on September 4 and 5, 2023, and that Plaintiff does not oppose the requested extension.

*/s/  Charles Throckmorton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which caused a copy to be served upon all counsel of record.

*/s/  Charles Throckmorton*