**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:23-cv-23029-KMM**

GLOW TOKEN, LLC

     *Plaintiff,*

v.

FORIS DAX, INC. d/b/a CRYPTO.COM

     *Defendant.*

                       /

## CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned civil matter hereby waive their right to proceed before a District Judge of this Court and consent to have the Magistrate Judge currently assigned to the case, United States Magistrate Judge Lauren F. Louis, conduct any and all further proceedings in the case (including the trial) and order the entry of judgment.  The parties do not consent to the reassignment to any other or successor Magistrate Judge.

| | |
|---|---|
| */s/  Charles Throckmorton* | */s/ Cassandra Jude* |
| Charles Throckmorton (FBN 101203) | Cassandra Jude (FBN 1032253) |
| cthrockmorton@carltonfields.com | cassandra.j@rondesselegal.com |
| Holli Credit (FBN 1039176) | justice@rondesselegal.com |
| hcredit@carltonfields.com | RONDESSE LEGAL, PLLC |
| CARLTON FIELDS, P.A. | 1980 Festival Plaza Drive 300 |
| 700 NW 1st Ave., Suite 1200 | Las Vegas, NV 89135 |
| Miami, Florida 33136 | Telephone: (239) 933-1838 |
| Telephone:  (305) 530-0050 | *Attorney for Plaintiff Glow Token, LLC.* |
| Facsimile:  (305) 530-0055 | |
| *Attorneys for Defendant Foris DAX, Inc.* | |