UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:23-CV-23039-KMM

GLOW TOKEN, LLC,

     PLAINTIFF,

VS.

FORIS DAX, INC., D/B/A CRYPTO.COM,

     DEFENDANT.

NOTICE OF SUBPOENAS

COMES NOW the Plaintiff, GLOW TOKEN, LLC, by and through the undersigned counsel, and hereby states and provides the requisite notice that pursuant to Federal Rule of Civil Procedure 45, subpoenas will be served upon the following non-party witnesses for the following purposes:

1. Binance Holdings Ltd., d/b/a Binance – identification of "bad actor" in furtherance of allegations/investigation of allegations made in Plaintiff's Complaint.

2. Telegram Messenger Inc., d/b/a Telegram - identification of "bad actor" in furtherance of allegations/investigation of allegations made in Plaintiff's Complaint.

These subpoenas seek the appearance and/or production of documents, electronically stored information (ESI), or other tangible items relevant to the above-mentioned case. The details regarding the specific nature of the testimony or documents requested, as well as the date, time, and location for compliance with the subpoena, will be set forth in the subpoena itself. This Notice of Subpoena is filed with the Court for informational purposes and serves as notice to all parties involved in the above-referenced case.

Dated: September 27, 2023

Respectfully submitted,

Cassandra D. Jude, Esq.
RONDESSE LEGAL, PLLC
*ATTORNEY FOR PLAINTIFF*
1980 Festival Plaza Drive 300
Las Vegas, NV 89135
(239) 933-1838
Primary Email: cassandra.j@rondesselegal.com
Secondary Email: justice@rondesselegal.com

By: /s/ Cassandra D. Jude, Esq.
Cassandra D. Jude, Esq.
Florida Bar No. 1032253

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which caused a copy to be served upon all counsel of record.

/s/ Cassandra D. Jude, Esq.