**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 1:23-cv-23029-KMM**

GLOW TOKEN, LLC

    *Plaintiff,*

v.

FORIS DAX, INC.

    *Defendant.*

                        /

**NOTICE OF PENDING SETTLEMENT**

The parties notify the Court, pursuant to S.D. Fla. L. R. 16.4, that they have reached a settlement in principal. The parties are working to finalize their settlement and expect to file appropriate dismissal papers within the next fifty days.

**Dated: October 12, 2023**

By: */s/  Charles Throckmorton*          By: */s/ Cassandra Jude*

Charles Throckmorton
Florida Bar No. 101203
cthrockmorton@carltonfields.com
Holli Credit
Florida Bar No. 1039176
hcredit@carltonfields.com
CARLTON FIELDS, P.A.
700 NW 1st Ave., Suite 1200
Miami, FL, 33136
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055
*Attorneys for Defendant Foris DAX, Inc.*

Cassandra D. Jude
Florida Bar No. 1032253
RONDESSE LEGAL, PLLC
1980 Festival Plaza Drive 300
Las Vegas, NV 89135
Primary Email: cassandra.j@rondesselegal.com
Secondary Email: justice@rondesselegal.com
Telephone: (239) 933-1838
*Attorney for Plaintiff Glow Token, LLC.*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)

I certify that I conferred with counsel for Plaintiff, Cassandra Jude, on October 12, 2023, and that Plaintiff consents to the submission of this filing as drafted.

*/s/  Charles Throckmorton*