# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
## CASE NO. 1:23-cv-23029-KMM

GLOW TOKEN, LLC

    *Plaintiff,*

v.

FORIS DAX, INC.

    *Defendant.*

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Glow Token, LLC and Defendant Foris DAX, Inc., pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), stipulate to the dismissal with prejudice of all claims in Glow Token, LLC's

Complaint, with each party to bear its own attorneys' fees and costs.

**Dated: December 1, 2023**

By: */s/ Cassandra Jude*
                              By: */s/ Charles Throckmorton*

Cassandra D. Jude
Florida Bar No. 1032253
RONDESSE LEGAL, PLLC
1980 Festival Plaza Drive 300
Las Vegas, NV 89135
Primary Email: cassandra.j@rondesselegal.com
Secondary Email: justice@rondesselegal.com
Telephone: (239) 933-1838

*Attorney for Plaintiff Glow Token, LLC.*

Charles Throckmorton
Florida Bar No. 101203
cthrockmorton@carltonfields.com
Holli Credit
Florida Bar No. 1039176
hcredit@carltonfields.com
CARLTON FIELDS, P.A.
700 NW 1st Ave., Suite 1200
Miami, FL, 33136
Telephone:  (305) 530-0050
Facsimile:  (305) 530-0055

*Attorneys for Defendant Foris DAX, Inc.*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(3)**

I certify that I conferred with counsel for Defendant, Charles Throckmorton, on December 1, 2023, and that Defendant consents to the submission of this filing as drafted.

*/s/  Cassandra Jude*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which caused a copy to be served upon all counsel of record.

*/s/Cassandra Jude*